The COCA COLA CO.; Nike, Inc.; Toyota Motor Sales USA, Inc.; Warner Bros Entertainment, Inc.; Viacom International, Inc., Plaintiffs–Appellees,

v.

NATIONAL BUSINESS FORMS AND PRINTING; et al., Defendants,

v.

R. Perry McConnell, Appellant.

No. 05–20644

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 9, 2006.

John Cofer Landon, Alonso, Cersonsky & Garcia, Houston, TX, Michael W.O. Holihan, Maitland, FL, for Plaintiffs–Appellees.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

R. Perry McConnell, former counsel for National Business Forms and Printing (NBFP), appeals the district court's order requiring him to pay $11,000 in sanctions following the settlement of this civil litigation.

Although the plaintiffs moved for sanctions under FED.R.CIV.P. 11(b), it is not clear from the record whether the district court imposed sanctions solely on that basis. Further, although the district court determined that McConnell's conduct amounted to a misuse of litigation, the basis for that determination is not clear from the record. We are therefore unable to conduct a meaningful review of the district court's order. *See Copeland v. Wasserstein, Perella & Co., Inc.,* 278 F.3d 472, 484–86 (5th Cir.2002).

We vacate the district court's order imposing sanctions and remand for an explanation of whatever ruling the district court might make on the sanctions issue on remand. We leave to the sound discretion of the district court the determination of what further proceedings, if any, may be necessary.

VACATED AND REMANDED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.